JS-6

DYKEMA GOSSETT LLP
CRAIG N. HENTSCHEL (SBN 066178)
chentschel@dykema.com
S. CHRISTOPHER WINTER (SBN 190474)
kwinter@dykema.com
333 South Grand Avenue
Suite 2100
Los Angeles, California 90071
Telephone: (213) 457-1800
Facsimile: (213) 457-1850

-and-

ROPES & GRAY LLP
JOHN C. ERTMAN (admitted *pro hac vice*)
1211 Avenue of the Americas
New York, New York 10036
Telephone: (212) 596-9000
Facsimile: (646) 728-1519

Attorneys for Plaintiff
OSVALDO PATRIZZI

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSVALDO PATRIZZI,<br><br>    Plaintiff,<br><br>vs.<br><br>JOSEPH LAM,<br><br>    Defendant. | Case No. CV08-00322 AHM (CTx)<br><br>**ORDER RE: DISMISSAL WITHOUT PREJUDICE**<br><br>**[Fed. R. Civ. P. 41(a)(1)(A)(ii)]** |

DYKEMA GOSSETT LLP
333 SOUTH GRAND AVENUE, SUITE 2100
LOS ANGELES, CALIFORNIA 90071

1  Pursuant to a stipulation entered into between Plaintiff Osvaldo Patrizzi and
2  Defendant Joseph Lam pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and good cause
3  appearing therefor,

4  IT IS HEREBY ORDERED that all claims and defenses in the above-
5  captioned matter are dismissed without prejudice.  The statute of limitations on the
6  claims asserted in the above-captioned matter shall be tolled from the date of the
7  intial filing of the Complaint in this matter through July 3, 2009 or such other later
8  date as the parties may mutually agree in writing.  Each party shall bear its own costs
9  and attorneys' fees.

10  IT IS SO ORDERED.
11  Dated:  April 08, 2009

_____
Honorable A. Howard Matz
UNITED STATES DISTRICT JUDGE

14  JS-6